**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,

 Plaintiff,

v.             Case No. 06-CV-15756

SIEMENS VDO AUTOMOTIVE
CORP., et al,

 Defendants.
_____/

## ORDER SCHEDULING PRELIMINARY PROCEEDINGS

The court held an off-the-record conference on February 12, 2008 to discuss case scheduling and other preliminary matters. Counsel reached an agreement, which the court memorializes in this order.[1] Accordingly,

IT IS ORDERED that Plaintiff identify and communicate to counsel all salient claims (and perhaps including dependent claims) for each patent raised in the complaint no later than **March 12, 2008**. The aim is to identify a smaller number of claims at issue but sufficient to properly adjudicate the case.

IT IS FURTHER ORDERED that the parties exchange their views concerning all relevant claim terms no later than **March 26, 2008**. The parties shall then submit to the court a chart of all stipulated and disputed claim terms by **April 9, 2008**.

---

[1] Counsel also agreed to cooperate in good faith on separate matters, including but not limited to, (1) a protective order, (2) exchange of documents, (3) search for prior art and (4) identification by Plaintiff, perhaps by sharing images and photographs, of the various products that may be at issue in this case.

IT IS FURTHER ORDERED that the court will conduct a status conference with counsel on **Monday, April 14, 2008 at 2:00 p.m.**

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: February 28, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2008, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522