**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                         Case No. 06-CV-15756

SIEMENS VDO AUTOMOTIVE
CORP., et al,

    Defendants.
_____/

### ORDER REGARDING CLAIM CONSTRUCTION AND BRIEFING

The court held an off-the-record conference on April 14, 2008 to discuss case scheduling and other preliminary matters. Counsel reached an agreement, which the court memorializes and modifies to some extent in this order.[1] Accordingly,

IT IS ORDERED that Plaintiff present its updated claim construction chart to Defendants by **April 25, 2008**. In particular, Plaintiff shall articulate its understanding of the "ordinary meaning" of terms identified as such. The parties shall attempt, if possible, to further narrow the terms subject to construction and Defendant shall complete its portion of the joint proposed claim construction chart by **May 2, 2008**.

---

[1]Upon further reflection, the court prefers a briefing schedule calling for phased filings rather than the simultaneous opening and response brief schedule discussed at the conference. The court is not committed to any specific page limit. Counsel for both sides must, however, seek leave to file any brief exceeding thirty pages of argument.

IT IS FURTHER ORDERED that Plaintiff file its Markman brief by **May 30, 2008**. Defendants' response brief is due by **June 30, 2008**.[2] Plaintiff may file a reply no later than **July 11, 2008**. Unless otherwise ordered, Defendants shall not respond to the reply brief.

IT IS FURTHER ORDERED that, upon the completion of briefing, counsel shall update and submit a final joint claim construction chart by **July 25, 2008**.

IT IS FURTHER ORDERED that the court will conduct a Markman hearing on **August 13, 2008 at 2:00 p.m.**

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: April 21, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 21, 2008, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

---

[2] Defendants are encouraged, if practicable, to coordinate their various arguments in one consolidated response brief. If not practicable, then separately filed briefs should focus upon arguments not already advanced. Where Defendants concur, reiteration of previously filed arguments is unnecessary.