**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,

        Plaintiff,

v.                                           Case No. 06-15756

SIEMENS VDO AUTOMOTIVE
CORPORATION, ET AL.,

        Defendants.
                                          /

**JUDGMENT FOR ATTORNEY FEES**

In accordance with the court's "Opinion and Order Sustaining Defendants' Objections, Rejecting the Magistrate Judge's Report and Recommendation, and Granting Defendants' Motion for Attorney Fees," dated September 30, 2010,

IT IS ORDERED AND ADJUDGED that Plaintiff Automotive Technologies International, Inc., shall pay Defendants Continental Automotive Systems U.S., Inc., TRW Automotive U.S., L.L.C., and TK Holdings, Inc.'s attorney fees and costs in the amount of $2,044,645.25. Dated at Detroit, Michigan, this 30th day of September 2010.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT


                                                  S/Lisa Wagner
                                            By: Lisa Wagner, Case Manager
                                                 to Judge Robert H. Cleland